■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JOHNSON, Appellant.—Judgment, Supreme Court, New York County (Jeffrey Atlas, .J.), rendered on May 23, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pur-

suant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Wallach, JJ.